**SUPPRESSED**

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CRIMINAL NO. 24-30054-SMY |
| ) | |
| BRANDON S. MILLER, JR., ) | |
| ) | Title 18 |
| ) | United States Code, |
| Defendants. ) | Section(s) 922, 924 |

**FILED**
APR 16 2024
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLLINOIS
E. ST. LOUIS OFFICE

**INDICTMENT**

**THE GRAND JURY CHARGES:**

**COUNT 1**
**ILLEGAL POSSESION OF A MACHINEGUN**

On or about January 20, 2024, in St. Clair County, within the Southern District of Illinois,

**BRANDON S. MILLER, JR.,**

defendant herein, did knowingly possess a machinegun, in violation of Title 18, United States Code, Sections 922(o) and 924(a)(2).

**FORFEITURE ALLEGATIONS**

1. As a result of the commission of the offenses described in Count 1 of this Indictment, **BRANDON S. MILLER, JR.,** defendant herein, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d)(1) by Title 28, United States Code, Section 2461(c), all firearms and ammunition involved in or used in any knowing violation of the offenses described in Count 1 of this Indictment, including, but not limited to, the below listed items:

   a. Glock model 20 10 mm pistol bearing serial number BXZL111, with an installed machinegun conversion device;

   b. Six (6) multi-colored machinegun conversion devices.

A TRUE BILL

███████████████

FOREPERSON

_____
John D. A. Trippi
Assistant United States Attorney

_____
RACHELLE AUD CROWE
United States Attorney

Recommended Bond: DETENTION