**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | **Case No. 24-cr-30054-SMY-1** |
| | ) | |
| **BRANDON S. MILLER, JR.,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## ORDER

**YANDLE, District Judge:**

This matter comes before the Court on the Petition for Great Writ of Habeas Corpus (Doc. 89) and Demand for Dismissal (Doc. 90) filed on behalf of Defendant Brandon S. Miller, Jr. by nonparty Tequila L. Wilson, his mother. Defendant is currently represented by Federal Public Defender Kim C. Freter.

As an initial matter, under Federal Rule of Criminal Procedure 49(c), a nonparty may serve and file a paper only if doing so is required or permitted by law. Here, the motions filed by Wilson are neither required nor permitted as nonparties lack standing to participate in criminal proceedings. *United States v. Hunter*, 548 F.3d 1308, 1312 (10th Cir. 2008); *United States v. Fradella*, No. CR 12-207, 2017 WL 3686549, at *3 (E.D. La. Aug. 25, 2017) (That nonparties to criminal cases lack standing to participate in the proceedings is vital to the functioning of our criminal justice system).

Additionally, Defendant is currently represented by counsel. A litigant does not have a right to file his own motions when he is represented by counsel. *See Hayes v. Hawes*, 921

F.2d 100, 102 (7th Cir. 1990) (*per curiam*).   Accordingly, the Court **DIRECTS** the Clerk of Court to **STRIKE** nonparty Wilson's filings (Docs. 89, 90).

 **IT IS SO ORDERED.**

 **DATED:  March 7, 2025**

            **STACI M. YANDLE**
            **United States District Judge**